Gary L. Eastman, Esq. (CSB #182518)
Eastman & McCartney
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144

Attorney for Plaintiff BRIAN WHITE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian White, an Individual residing in California,<br><br>Plaintiff,<br><br>vs.<br><br>Stephanie M. Rickard, and Individual, and Does 1-10, inclusive,<br><br>Defendants. | Case No.: '17CV1128 LAB BGS<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT; INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; and NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, BRIAN WHITE, ("WHITE" or "PLAINTIFF") an individual residing in California, for his Complaint against Defendant STEPHANIE M. RICKARD ("RICKARD" or "DEFENDANT"), individuals all residing in California, alleges as follows:

**THE PARTIES**

1. Plaintiff WHITE is an individual having an office at 4320 Iowa Street, San Diego, California 92104.

2. Defendant RICKARD is an individual residing in California, with a business address of 1625 The Alemeda, Suite 801, San Jose, California 95216.

3. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendant DOES 1 through 10, inclusive are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Any reference in this Complaint to the actions or inactions of any Defendant, whether such reference is made to such defendant by specific name or otherwise, is also a reference to the actions or inactions of DOES 1 through 10, inclusive.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction over the subject matter of this action pursuant to 17 U.S.C. 17 U.S.C. § 101 et seq., 28 U.S.C. §§ 1331 and 1338(a).

5. Plaintiff WHITE is an attorney, licensed by the California Bar to practice in all courts in California, is certified by the State Bar of California as a Certified Criminal Law Specialist, and advertises his services over the Internet.

6. Defendant RICKARD is an attorney, licensed by the California Bar to practice in all courts in California, and advertises her services as a criminal defense attorney throughout California and over the Internet which is accessible globally.

7. Venue with respect to the Defendant is properly laid in the United States District Court for the Southern District of California because Plaintiff resides in this State, is a member of the State Bar of California and advertises her services throughout California, and beyond. This Court has personal jurisdiction over Defendant by virtue of her creating a website www.stephanierickard.com which is available over the Internet to solicit clients in southern California.

**FACTUAL BACKGROUND**

**PLAINTIFF WHITE'S ESTABLISHED COPYRIGHTS**

8. WHITE is an attorney certified by the State Bar of California specializing in criminal law. WHITE has over 25 years of experience dealing with high profile cases involving very serious crimes.

9. Based on his years of experience, WHITE authored several original works of authorship currently depicted on his website www.sandiegocriminalattorney.com.

10. WHITE created these original works of authorship over years and uses this original content as a promotion of his skill set with the reasonable expectation that these works will drive business to his firm.

11. WHITE's original content includes detailed descriptions of legal circumstances and descriptions of services related to the defense of criminal cases.

12. WHTE filed for United States Copyright on three separate original works of authorship: (1) Website Text for www.SanDiegoCriminalAttorney.com (Application No. 1-5161066669); (2) Preparing Your Criminal Defense Case To Win (Application No. 1-5161066600); and (3) Introduction To This DUI Guide (Application No. 1-5161066531; all filed using the Copyright Office FORM TX and currently pending in the United States Copyright Office.

13. As a result of this original content, WHITE has enjoyed a very high ranking on internet search engines (Google, Yahoo, Bing, etc.) due to the volume of content, the applicability of that content to typical search queries, and originality of that content.

14. Following years of successful internet presence, WHITE recently experienced a sudden downturn in internet search engine placement with having made no significant changes to his internet presence or keyword usage.

15. After much research and investigation, including the engagement of an internet search engine optimization consultant, it was discovered that the drastic downturn in internet

search engine placement of WHITE's webpage was the direct result of the recent lack of originality of WHITE's original content.

16. This recent lack of originality was due to a direct copy of WHITE's original content being duplicated and republished verbatim on an unrelated website.

17. WHITE's consultant provided a comparison of WHITE's original works and the website containing the unauthorized copy of WHITE's original works; Defendant RICKARD's unauthorized use of said works. A copy of the consultant's comparison is attached as Exhibit 1.

## RICKARD'S INFRINGING ACTIVITIES

18. Defendant RICKARD operates a website at www.stephanierickard.com which promotes her and her criminal law practice specializing in criminal law.

19. RICKARD copied virtually verbatim WHITE's original works of authorship onto her www.stephanierickard.com website.

20. RICKARD's copying was without permission or consent from WHITE.

21. RICKARD's copying was done willfully knowing that such content was not original to her, and that it had been copied from WHITE.

22. Plaintiff WHITE through counsel sent Defendant RICKARD a letter on May 18, 2017, outlining the allegations of copyright infringement, and requesting that the unauthorized content be removed within ten (10) days. A copy of this letter is attached as Exhibit 2.

## CLAIM FOR RELIEF, COUNT I

Federal Copyright Infringement (17 U.S.C. §101 et seq.)

23. Plaintiff, WHITE, repeats and realleges each and every allegation of paragraphs 1 through 22 as if recited herein.

24. Plaintiff WHITE is, and at all relevant times have been, the copyright owner under the United States copyright law with respect to his original works of authorship: (1) Website Text for www.SanDiegoCriminalAttorney.com (Application No. 1-5161066669); (2)

Preparing Your Criminal Defense Case To Win (Application No. 1-5161066600); and (3) Introduction To This DUI Guide (Application No. 1-5161066531; all currently pending in the United States Copyright Office.

25. These original works of authorship were available on the internet providing access to all internet users and the general public.

26. A comparison of WHITE's original works and RICKARD's infringing website show that RICKARD blatantly copied the original works verbatim, or at least RICKARD's infringing website is substantially similar to WHITE's original works of authorship.

27. Defendant RICKARD, without the permission or consent of Plaintiff WHITE, has copied, published, and marketed the www.stephanierickard.com website to the public using the text of Plaintiff's original works of authorship. In doing so, Defendant has violated Plaintiff's exclusive rights to his copyrighted material, and Defendant RICKARD's actions constitute infringement of Plaintiff WHITE's copyrights.

28. On information and belief, the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiff WHITE.

29. As a result of Defendant RICKARD's infringement of Plaintiff WHITE's copyrights, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendants' infringement on Plaintiff's copyrights. Plaintiff further is entitled to his attorneys' fees and costs pursuant to 17 U.S.C. § 505.

30. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief prohibiting Defendant RICKARD from further infringing Plaintiff WHITE's copyrights, and ordering Defendant RICKARD to remove the unauthorized content from the internet, and to destroy all materials or products made in violation of Plaintiff WHITE's exclusive rights.

**CLAIM FOR RELIEF, COUNT II**

Intentional Interference with Prospective Economic Advantage

31. Plaintiff , WHITE, repeats and realleges each and every allegation of paragraphs 1 through 30 as if recited herein.

32. Plaintiff WHITE, as the author and holder of exclusive rights in Plaintiff's original works of authorship, is entitled to benefit from the work, including the display and publish the work to others.

33. Defendant RICKARD, without the permission or consent of Plaintiff WHITE, has copied, distributed, and marketed the original content.

34. Defendant RICKARD copied, distributed and marketed WHITE's original content of as her own work of authorship to the public.

35. Defendant's actions have damaged the market opportunity for Plaintiff WHITE's exploitation of Plaintiff's copyrighted works rendering his work less valuable to others, and diminishing the economic advantage to which Plaintiff is otherwise entitled.

36. By knowingly using the text of Plaintiff's original works of authorship as the basis for her infringing website www.stephanierickard.com, Defendant has violated Plaintiff's exclusive rights to his copyrighted material, and such infringing conduct constitutes and intentional interference with the prospective economic advantage Plaintiff WWHITE would have otherwise enjoyed as the sole owner of the original works of authorship.

37. By knowingly and without authorization publishing the text of Plaintiff WHITE's original works of authorship on the internet, Defendant RICKARD has interfered with the internet search engine traffic which Plaintiff WHITE would have enjoyed but for RICKARD's infringing conduct.

38. By knowingly and without authorization publishing the text of Plaintiff WHITE's original works of authorship on the internet, Defendant RICKARD has interfered

with the anticipated return on WHITE's investment of time and resources to create the original works of authorship.

**CLAIM FOR RELIEF, COUNT III**

Negligent Interference with Prospective Economic Advantage

39. Plaintiff , WHITE, repeats and realleges each and every allegation of paragraphs 1 through 38 as if recited herein.

40. Plaintiff WHITE, as the author and holder of exclusive rights in Plaintiff's original works of authorship, is entitled to benefit from the work, including the display and publish the work to others.

41. Defendant RICKARD, without the permission or consent of Plaintiff WHITE, has copied, distributed, and marketed the original content.

42. Defendant RICKARD copied, distributed and marketed WHITE's original content of as her own work of authorship to the public.

43. Defendant's actions have damaged the market opportunity for Plaintiff WHITE's exploitation of Plaintiff's copyrighted works rendering his work less valuable to others, and diminishing the economic advantage to which Plaintiff is otherwise entitled.

44. By knowingly using the text of Plaintiff's original works of authorship as the basis for her infringing website www.stephanierickard.com, Defendant has violated Plaintiff's exclusive rights to his copyrighted material, and such infringing conduct constitutes and negligent interference with the prospective economic advantage Plaintiff WWHITE would have otherwise enjoyed as the sole owner of the original works of authorship.

45. By knowingly and without authorization publishing the text of Plaintiff WHITE's original works of authorship on the internet, Defendant RICKARD has negligently interfered with the internet search engine traffic which Plaintiff WHITE would have enjoyed but for RICKARD's infringing conduct.

46. By knowingly and without authorization publishing the text of Plaintiff WHITE's original works of authorship on the internet, Defendant RICKARD has interfered with the anticipated return on WHITE's investment of time and resources to create the original works of authorship.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff WHITE prays for the entry of judgment by the Court against Defendant RICKARD providing:

(a) Declaring that Defendant RICKARD's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act.

(b) Immediately and permanently enjoining Defendant RICKARD, her officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from infringing Plaintiff WHITE's rights under the Federal Copyright Act, including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download), to distribute (i.e., upload) to make any portion of WHITE's original works of authorship available to the public, or to use any websites to make any reference to the original works of authorship.

(c) Defendant RICKARD also shall destroy all copies of materials relating to the original works of authorship that Defendant has downloaded or transferred onto any physical medium or device in Defendant RICKARD's possession, custody, or control, take down all online instances of the original works of authorship within Defendant RICKARD's knowledge and destroy all products containing the works.

(d) For statutory damages for each infringement of Plaintiff WHITE's copyrighted material, pursuant to 17 U.S.C. § 504.

(e) For actual damages for the intentional interference with Plaintiff WHITE's prospective economic advantage according to proof at trial.

(f) For actual damages for the negligent interference with Plaintiff WHITE's prospective economic advantage according to proof at trial.

(g) For disgorgement of all proceeds derived by Defendant RICKARD's unauthorized publication of Plaintiff WHITE's original works of authorship.

(h) For quantum meruit of the value of the original works of authorship, including profits derived from of the use of the works.

(i) For Plaintiff WHITE's costs in this action.

(j) For Plaintiff WHITE's reasonable attorneys' fees incurred herein.

(k) For such other and further relief as the Court may deem just and equitable.

Dated: June 1, 2017

Gary L. Eastman, Esq

By____/s/ Gary L. Eastman
Gary L. Eastman, Esq.
Attorney for Plaintiff WHITE

**DEMAND FOR JURY TRIAL**

Plaintiff BRIAN WHITE hereby demands a trial by jury.

Dated: June 1, 2017

Gary L. Eastman, Esq.

By____/s/ Gary L. Eastman
Gary L. Eastman, Esq.
Attorney for Plaintiff WHITE

EXHIBIT 1

GUSTIN QUON
DIGITAL GROWTH AGENCY

# DRUG CRIMES

## BRIAN J. WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/drug-crimes

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://wv

### Drug Crimes



Drug crimes–possession, possession for sale, transportation, importation, distribution–often carry potentially lengthy prison sentences. Those convicted of drug crimes may have to register as a narcotics offender, will be prohibited from owning or possessing firearms or ammunition, and will be required to give up their Fourth Amendment right to be free from unlawful search and seizure.

Our approach to drug crimes is to evaluate the prosecution's evidence and to conduct our own independent investigation. We explore all possible defenses and work with our clients to develop the most effective strategy, whether that's going to trial or working toward negotiating a favorable plea bargain.

A lawyer defending drug crimes must be creative, resourceful, and experienced. For over 20 years, we have sought solutions for our clients charged with drug offenses, solutions tailored to each individual client, solutions that have frequently resulted in limited or no jail time. If you would like to discuss your case with a Certified Criminal Law Specialist, please call us today.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#SCC

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seroundt

### Drug Crime Cases

Drug crimes–possession, possession for sale, transportation, importation, distribution–often carry potentially lengthy prison sentences. Those convicted of drug crimes may have to register as a narcotics offender, will be prohibited from owning or possessing firearms or ammunition, and will be required to give up their Fourth Amendment right to be free from unlawful search and seizure.

Our approach to drug crimes is to evaluate the prosecution's evidence and to conduct our own independent investigation. We explore all possible defenses and work with our clients to develop the most effective strategy, whether that's going to trial or working toward negotiating a favorable plea bargain.

A lawyer defending drug crimes must be creative, resourceful, and experienced. For over 20 years, we have sought solutions for our clients charged with drug offenses, solutions tailored to each individual client, solutions that have frequently resulted in limited or no jail time. If you would like to discuss your case with me please call me today.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# SERIOUS CRIMES

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/serious-criminal-cases

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://w

### Serious Criminal Cases

#### Why Choose Our Law Firm for Criminal Defense



If you are facing jail time, your criminal case is serious. And nothing about your case should be taken lightly. The government has virtually unlimited resources at their disposal and is a powerful force against you. You can't match the government dollar-for-dollar. But you do have an advantage over the government. Your advantage comes when you have an experienced and creative criminal defense lawyer on your side. The defense lawyer who understands your point of view, who knows the law, and who can creatively communicate your defense to a prosecutor, judge, or jury will be able to obtain the best outcome for you. Even in cases that seem hopeless, something can be done. What we want for you is a successful result.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#SCC

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seround

### Serious Criminal Cases

If you are facing jail time, your criminal case is serious. And nothing about your case should be taken lightly. The District Attorney has virtually unlimited resources at their disposal and is a powerful force against you. You can't match the government dollar-for-dollar. But you do have an advantage over the government. Your advantage comes when you have an experienced and creative criminal defense lawyer on your side. The defense lawyer who understands your point of view, who knows the law, and who can effectively communicate your defense to the District Attorney and court. Even in cases that seem hopeless, something can be done. What we want for you is a successful result.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# DRIVING UNDER THE INFLUENCE

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/driving-under-the-influence-cases

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://w

### Driving Under The Influence Cases



If you have been arrested in California for driving under the influence of alcohol, you face prosecution on two fronts. The State will seek a conviction in court. And the DMV will try to take your license.

Typically, you will have to fight your DMV case before your court case. You have 10 days from the date of your arrest to request a hearing with the DMV. If you fail to make the request, your license will be suspended from four months to three years, depending on your circumstance.

At the DMV hearing, called an Administrative Per Se, or "APS" hearing, the DMV must prove three things: (1) that the officer had reasonable cause to believe that you were driving under the influence; (2) that you were lawfully arrested; and (3) that your blood alcohol content was 0.08 or greater (0.01 if you are under 21) at the time of driving. APS hearings involve highly technical issues, so you should be represented by a lawyer who has substantial experience with APS hearings. .

Where the DMV's actions are limited to revoking your license, a court conviction carries additional penalties. A DUI conviction can result in a fine, increased automobile insurance rates, and jail time. So it is critical to have your case handled by an attorney with actual DUI defense experience.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#DUI

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seroundt

### Driving Under The Influence

If you have been arrested in California for driving under the influence of alcohol, you face prosecution on two fronts. The State will seek a conviction in court. And the DMV will try to take your license.

Typically, you will have to fight your DMV case before your court case. **You have 10 days from the date of your arrest to request a hearing with the DMV**. If you fail to make the request, your license will be suspended from four months to three years, depending on your circumstance.

At the DMV hearing, called an Administrative Per Se, or "APS" hearing, the DMV must prove three things: (1) that the officer had reasonable cause to believe that you were driving under the influence; (2) that you were lawfully arrested; and (3) that your blood alcohol content was 0.08 or greater (0.01 if you are under 21) at the time of driving. APS hearings involve highly technical issues, so you should be represented by a lawyer who has substantial experience with APS hearings. .

Where the DMV's actions are limited to revoking your license, a court conviction carries additional penalties. A DUI conviction can result in a fine, increased automobile insurance rates, and jail time. It is critical to have your case handled by an attorney with actual DUI defense experience.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# VEHICULAR MANSLAUGHTER

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/misdemeanor-vehicular-manslaughter

Apps  Bookmarks  Timesheet – Executive  Gustin Quon  Pipeline  All Executive SEO Clie  Analytics  Accounts  https://w

### Misdemeanor Vehicular Manslaughter

#### Gross Vehicular Manslaughter: Without Intoxication



A defendant is guilty of gross vehicular manslaughter when: the defendant drove a vehicle; while driving that vehicle, the defendant committed a misdemeanor, infraction, or otherwise lawful act that might cause death; the defendant committed the misdemeanor, infraction, or otherwise lawful act that might cause death with gross negligence; and the defendant's grossly negligent conduct caused the death of another person.

Gross negligence involves more than ordinary carelessness, inattention, or mistaken judgment. A person acts with gross negligence when: he or she acts in a reckless way that creates a high risk of death or great bodily injury; and a reasonable person would have known that acting in that way would create such a risk. In other words, a person acts with gross negligence when the way he or she acts is so different from how an ordinarily careful person would act in the same situation that his or her act amounts to disregard for human life or indifference to the consequences of that act.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#MVMC

Apps  Bookmarks  Timesheet – Executive  Gustin Quon  Pipeline  All Executive SEO Clie  Analytics  Accounts  https://www.seroundt

### Misdemeanor Vehicular Manslaughter Cases

**Gross Vehicular Manslaughter: Without Intoxication**

A defendant is guilty of gross vehicular manslaughter when: the defendant drove a vehicle; while driving that vehicle, the defendant committed a misdemeanor, infraction, or otherwise lawful act that might cause death; the defendant committed the misdemeanor, infraction, or otherwise lawful act that might cause death with gross negligence; and the defendant's grossly negligent conduct caused the death of another person.

Gross negligence involves more than ordinary carelessness, inattention, or mistaken judgment. A person acts with gross negligence when: he or she acts in a reckless way that creates a high risk of death or great bodily injury; and a reasonable person would have known that acting in that way would create such a risk. In other words, a person acts with gross negligence when the way he or she acts is so different from how an ordinarily careful person would act in the same situation that his or her act amounts to disregard for human life or indifference to the consequences of that act.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# DOMESTIC VIOLENCE

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/domestic-violence

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://w

### Domestic Violence

Domestic violence occurs when one inflicts injury upon a spouse, former spouse, cohabitant, former cohabitant, or the mother or father of his or her child. Depending on the severity of the injures, the crime can be charged as a felony or a misdemeanor.



Specific acts of domestic violence rarely exist in isolation. Usually, there is a history behind the event that resulted in an arrest, a history that involves specific facts and complex emotions. The successful defense of a domestic violence charge requires the lawyer to fully understand the dynamics of the relationship, both factual and emotional.

By carefully listening to our clients and other witnesses, we are able to get at the emotional truth of the client's story. We are then in the best position to provide the most effective defense. If you would like to review your case with a Certified Criminal Law Specialist, please call us today.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#DVC

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seroundt

### Domestic Violence Cases

Domestic violence occurs when one has a confrontation with a spouse, former spouse, cohabitant, former cohabitant, or the mother or father of his or her child. Depending on the severity of the injures, the crime can be charged as a felony or a misdemeanor.

Specific acts of domestic violence rarely exist in isolation. Usually, there is a history behind the event that resulted in an arrest, a history that involves specific facts and complex emotions. The successful defense of a domestic violence charge requires the lawyer to fully understand the dynamics of the relationship, both factual and emotional.

By carefully listening to our clients and other witnesses, I am able to get at the emotional truth of the client's story. I am then in the best position to provide the most effective defense. If you would like me to review your case please call me today.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# WEAPON OFFENSE CASES

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/weapon-offenses

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://w

### Weapon Offenses



California law classifies numerous crimes as weapons offenses. For example, illegal possession of a weapon, committing a crime using a gun, having a concealed firearm, unlawfully discharging a firearm, brandishing a gun, carrying a concealed and loaded firearm in a vehicle, unlawful sale of a firearm, felon in possession of a firearm, and possessing an assault weapon, are all considered weapons offenses. Generally, weapons offense are felonies, but some can be misdemeanors.

Each particular offense and situation must be handled on an individual basis to address the circumstances unique to the charge. The penalties will vary depending on factors such as the type of weapon, what it was being used for, whether it was loaded, and whether it was concealed or not. Weapons offenses can be crimes that stand alone or they may add enhanced penalties to another crime. For instance, using a weapon during an assault, robbery, or drug offense can substantially increase the penalties for the underlying crime.

With the goal of eliminating or minimizing the consequences of a weapons charge, we will accumulate all information necessary to present your case to the court. Knowing the unique facts and circumstances of your case will put us in the best position to reach our goal. If you would like to discuss your case with a Certified Criminal Law Specialist, please call us today.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#WOC

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seroundt

### Weapon Offense Cases

California law classifies numerous crimes as weapons offenses. For example, illegal possession of a weapon, committing a crime using a gun, having a concealed firearm, unlawfully discharging a firearm, brandishing a gun, carrying a concealed and loaded firearm in a vehicle, unlawful sale of a firearm, felon in possession of a firearm, and possessing an assault weapon, are all considered weapons offenses. Generally, weapons offense are felonies, but some can be misdemeanors.

Each particular offense and situation must be handled on an individual basis to address the circumstances unique to the charge. The penalties will vary depending on factors such as the type of weapon, what it was being used for, whether it was loaded, and whether it was concealed or not. Weapons offenses can be crimes that stand alone or they may add enhanced penalties to another crime. For instance, using a weapon during an assault, robbery, or drug offense can substantially increase the penalties for the underlying crime.

With the goal of eliminating or minimizing the consequences of a weapons charge, we will accumulate all information necessary to present your case to the court. Knowing the unique facts and circumstances of your case will put us in the best position to reach our goal. If you would like to discuss your case with a me, please call me today.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# THEFT

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/theft

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www

### Theft



Generally, theft is taking property from another with the intent to deprive the owner of that property. Theft can take many forms, from taking physical property, to stealing someone's credit or identity. Some thefts are charged as misdemeanors, while many others are charged as felonies. When money is involved, the penalties can become more severe, depending on the amount of loss.

The experienced criminal defense lawyer will evaluate all possible defenses after reviewing the prosecution's evidence, obtaining a full understanding of the facts and circumstances from the client's perspective, and determining the true amount of loss. Frequently, the defense will need to conduct its own independent investigation to expand the client's options.

Our primary goal is to keep our clients charged with theft offenses out of jail. By following our comprehensive defense preparation plan, we have been successful in reaching that goal for many clients. Every case presents its unique circumstances, and understanding those circumstances must be the lawyer's starting point. If you would like to have your case reviewed with a Criminal Law Specialist, please call us today.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#TC

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seroundt

### Theft Cases

Generally, theft is taking property from another with the intent to deprive the owner of that property. Theft can take many forms, from taking physical property, to stealing someone's credit or identity. Some thefts are charged as misdemeanors, while many others are charged as felonies. When money is involved, the penalties can become more severe, depending on the amount of loss.

The experienced criminal defense lawyer will evaluate all possible defenses after reviewing the prosecution's evidence, obtaining a full understanding of the facts and circumstances from the client's perspective, and determining the true amount of loss. Frequently, the defense will need to conduct its own independent investigation to expand the client's options.

Our primary goal is to keep our clients charged with theft offenses out of jail. By following our comprehensive defense preparation plan, we have been successful in reaching that goal for many clients. Every case presents its unique circumstances, and understanding those circumstances must be the lawyer's starting point. If you would like to have your case reviewed with me, please call me today.

EXHIBIT 2

EASTMAN & McCARTNEY LLP

401 West A Street, Suite 1785
San Diego, California 92101
Telephone (619) 230-1144
Facsimile (619) 230-1194

GARY L. EASTMAN, Esq.
Registered Patent Attorney

gary@eastmanmccartney.com

1430 Truxtun Avenue, Suite 700
Bakersfield, California 93301
Telephone (661) 334-1800
Facsimile (661) 334-8016

May 18, 2017

Stephanie Rickard, Esq.
1625 The Alameda, Suite 801
San Jose, California 95126

Re: WWW.STEPHANIERICKARD.COM WEBSITE
Concern Regarding Copyright Infringement
Reference No. *

Dear Ms. Rickard:

I represent Mr. Brian J. White in his intellectual property matters. Please direct all future correspondence related to this matter to my attention.

Mr. White is an attorney practicing throughout southern California in the area of criminal defense; he has been an attorney since 1991 and is a certified criminal law specialist as designated by the State Bar of California. In the development of his business, Mr. White has invested a great deal of time and financial resources in the creation of his website content. Indeed, this content is original to Mr. White, and was the product of countless hours of research and original authorship. Obviously this effort was intended to distinguish his website located at www.sandiegocriminalattorney.com from others in the marketplace, and to provide guidance to his current and prospective clients. This website content is the subject of three separate United States Federal Copyright Registration Applications:

1. "San Diego Criminal Defense Attorney Preparing Your Criminal Defense Case to Win!";
2. "WWW.SANDIEGOCRIMINALATTORNEY.COM Website Text"
3. "San Diego DUI Attorney Introduction to this DUI Guide"

I have reviewed your website located at www.stephanierickard.com and have determined that the website contains a great deal of text copied verbatim from Mr. Brian White's website. I have attached a number of side-by-side comparison pages showing the extent of the blatant copying from Mr. White's website. Mr. White confirms that you have not been provided authorization to use any content from Mr. White's website in any capacity.

At this time, we are primarily concerned with the unauthorized use of Mr. White's original works and request that you take immediate action to remove the copied materials from your website and any printed materials you may have created. Please confirm to us in writing within ten (10) days of the date of this letter that all unauthorized use of Mr. White's works of authorship has ceased.

As an attorney I am certain that you appreciate the consequences of copyright infringement. I would expect that perhaps you were not aware of the existence of Mr. White's website, or that you were likewise unaware of the copying and substantial similarities between Mr. White's original content and your website as it exists. In the spirit of cooperation, we have refrained from filing a federal lawsuit for copyright infringement, and rely instead on your anticipated cooperation in resolving this matter. However, should you fail to take immediate action to remove the infringing content, we will take more affirmative action. Obviously, it is our hope that this matter can be resolved amicably. However, please note that you have been placed on notice of the copyright infringement claim, and any further infringement will likely be considered willful copyright infringement under Title 17 of the United States Code. This letter is not to be taken as a complete listing of the remedies available to Mr. White, and all such remedies are reserved.

Thank you for your anticipated cooperation. We look forward to receiving your written confirmation of compliance with our request. Meanwhile, please call should you have any questions or wish to discuss this matter in greater detail.

Yours very truly,

Gary L. Eastman, Esq.
Attorney-at-Law

GLE
Enclosures

GUSTIN QUON
DIGITAL GROWTH AGENCY

# DRUG CRIMES

## BRIAN J. WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/drug-crimes

Apps Bookmarks Timesheet – Executive Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://wv

### Drug Crimes

Drug crimes–possession, possession for sale, transportation, importation, distribution–often carry potentially lengthy prison sentences. Those convicted of drug crimes may have to register as a narcotics offender, will be prohibited from owning or possessing firearms or ammunition, and will be required to give up their Fourth Amendment right to be free from unlawful search and seizure.



Our approach to drug crimes is to evaluate the prosecution's evidence and to conduct our own independent investigation. We explore all possible defenses and work with our clients to develop the most effective strategy, whether that's going to trial or working toward negotiating a favorable plea bargain.

A lawyer defending drug crimes must be creative, resourceful, and experienced. For over 20 years, we have sought solutions for our clients charged with drug offenses, solutions tailored to each individual client, solutions that have frequently resulted in limited or no jail time. If you would like to discuss your case with a Certified Criminal Law Specialist, please call us today.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#SCC

Apps Bookmarks Timesheet – Executi Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seround

### Drug Crime Cases

Drug crimes–possession, possession for sale, transportation, importation, distribution–often carry potentially lengthy prison sentences. Those convicted of drug crimes may have to register as a narcotics offender, will be prohibited from owning or possessing firearms or ammunition, and will be required to give up their Fourth Amendment right to be free from unlawful search and seizure.

Our approach to drug crimes is to evaluate the prosecution's evidence and to conduct our own independent investigation. We explore all possible defenses and work with our clients to develop the most effective strategy, whether that's going to trial or working toward negotiating a favorable plea bargain.

A lawyer defending drug crimes must be creative, resourceful, and experienced. For over 20 years, we have sought solutions for our clients charged with drug offenses, solutions tailored to each individual client, solutions that have frequently resulted in limited or no jail time. If you would like to discuss your case with me please call me today.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# SERIOUS CRIMES

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/serious-criminal-cases

Apps Bookmarks Timesheet – Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://w

### Serious Criminal Cases

#### Why Choose Our Law Firm for Criminal Defense



If you are facing jail time, your criminal case is serious. And nothing about your case should be taken lightly. The government has virtually unlimited resources at their disposal and is a powerful force against you. You can't match the government dollar-for-dollar. But you do have an advantage over the government. Your advantage comes when you have an experienced and creative criminal defense lawyer on your side. The defense lawyer who understands your point of view, who knows the law, and who can creatively communicate your defense to a prosecutor, judge, or jury will be able to obtain the best outcome for you. Even in cases that seem hopeless, something can be done. What we want for you is a successful result.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#SCC

Apps Bookmarks Timesheet – Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seround-

### Serious Criminal Cases

If you are facing jail time, your criminal case is serious. And nothing about your case should be taken lightly. The District Attorney has virtually unlimited resources at their disposal and is a powerful force against you. You can't match the government dollar-for-dollar. But you do have an advantage over the government. Your advantage comes when you have an experienced and creative criminal defense lawyer on your side. The defense lawyer who understands your point of view, who knows the law, and who can effectively communicate your defense to the District Attorney and court. Even in cases that seem hopeless, something can be done. What we want for you is a successful result.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# DRIVING UNDER THE INFLUENCE

## BRIAN J WHITE

← C ⌂ Secure | https://www.sandiegocriminalattorney.com/practice-areas/driving-under-the-influence-cases
Apps Bookmarks Timesheet – Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://w

### Driving Under The Influence Cases



If you have been arrested in California for driving under the influence of alcohol, you face prosecution on two fronts. The State will seek a conviction in court. And the DMV will try to take your license.

Typically, you will have to fight your DMV case before your court case. You have 10 days from the date of your arrest to request a hearing with the DMV. If you fail to make the request, your license will be suspended from four months to three years, depending on your circumstance.

At the DMV hearing, called an Administrative Per Se, or "APS" hearing, the DMV must prove three things: (1) that the officer had reasonable cause to believe that you were driving under the influence; (2) that you were lawfully arrested; and (3) that your blood alcohol content was 0.08 or greater (0.01 if you are under 21) at the time of driving. APS hearings involve highly technical issues, so you should be represented by a lawyer who has substantial experience with APS hearings.

Where the DMV's actions are limited to revoking your license, a court conviction carries additional penalties. A DUI conviction can result in a fine, increased automobile insurance rates, and jail time. So it is critical to have your case handled by an attorney with actual DUI defense experience.

## STEPHANIE RICKARD

← → C ⌂ | www.stephanierickard.com/practice-areas/#DUI
Apps Bookmarks Timesheet – Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seround

### Driving Under The Influence

If you have been arrested in California for driving under the influence of alcohol, you face prosecution on two fronts. The State will seek a conviction in court. And the DMV will try to take your license.

Typically, you will have to fight your DMV case before your court case. You have 10 days from the date of your arrest to request a hearing with the DMV. If you fail to make the request, your license will be suspended from four months to three years, depending on your circumstance.

At the DMV hearing, called an Administrative Per Se, or "APS" hearing, the DMV must prove three things: (1) that the officer had reasonable cause to believe that you were driving under the influence; (2) that you were lawfully arrested; and (3) that your blood alcohol content was 0.08 or greater (0.01 if you are under 21) at the time of driving. APS hearings involve highly technical issues, so you should be represented by a lawyer who has substantial experience with APS hearings. .

Where the DMV's actions are limited to revoking your license, a court conviction carries additional penalties. A DUI conviction can result in a fine, increased automobile insurance rates, and jail time It is critical to have your case handled by an attorney with actual DUI defense experience.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# VEHICULAR MANSLAUGHTER

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/misdemeanor-vehicular-manslaughter

Apps Bookmarks Timesheet – Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://w

### Misdemeanor Vehicular Manslaughter

#### Gross Vehicular Manslaughter: Without Intoxication



A defendant is guilty of gross vehicular manslaughter when: the defendant drove a vehicle; while driving that vehicle, the defendant committed a misdemeanor, infraction, or otherwise lawful act that might cause death; the defendant committed the misdemeanor, infraction, or otherwise lawful act that might cause death with gross negligence; and the defendant's grossly negligent conduct caused the death of another person.

Gross negligence involves more than ordinary carelessness, inattention, or mistaken judgment. A person acts with gross negligence when: he or she acts in a reckless way that creates a high risk of death or great bodily injury; and a reasonable person would have known that acting in that way would create such a risk. In other words, a person acts with gross negligence when the way he or she acts is so different from how an ordinarily careful person would act in the same situation that his or her act amounts to disregard for human life or indifference to the consequences of that act.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#MVMC

Apps Bookmarks Timesheet – Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seround

### Misdemeanor Vehicular Manslaughter Cases

**Gross Vehicular Manslaughter: Without Intoxication**

A defendant is guilty of gross vehicular manslaughter when: the defendant drove a vehicle; while driving that vehicle, the defendant committed a misdemeanor, infraction, or otherwise lawful act that might cause death; the defendant committed the misdemeanor, infraction, or otherwise lawful act that might cause death with gross negligence; and the defendant's grossly negligent conduct caused the death of another person.

Gross negligence involves more than ordinary carelessness, inattention, or mistaken judgment. A person acts with gross negligence when: he or she acts in a reckless way that creates a high risk of death or great bodily injury; and a reasonable person would have known that acting in that way would create such a risk. In other words, a person acts with gross negligence when the way he or she acts is so different from how an ordinarily careful person would act in the same situation that his or her act amounts to disregard for human life or indifference to the consequences of that act.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# DOMESTIC VIOLENCE

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/domestic-violence

Apps Bookmarks Timesheet - Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://w

### Domestic Violence



Domestic violence occurs when one inflicts injury upon a spouse, former spouse, cohabitant, former cohabitant, or the mother or father of his or her child. Depending on the severity of the injures, the crime can be charged as a felony or a misdemeanor.

Specific acts of domestic violence rarely exist in isolation. Usually, there is a history behind the event that resulted in an arrest, a history that involves specific facts and complex emotions. The successful defense of a domestic violence charge requires the lawyer to fully understand the dynamics of the relationship, both factual and emotional.

By carefully listening to our clients and other witnesses, we are able to get at the emotional truth of the client's story. We are then in the best position to provide the most effective defense. If you would like to review your case with a Certified Criminal Law Specialist, please call us today.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#DVC

Apps Bookmarks Timesheet - Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seround

### Domestic Violence Cases

Domestic violence occurs when one has a confrontation with a spouse, former spouse, cohabitant, former cohabitant, or the mother or father of his or her child. Depending on the severity of the injures, the crime can be charged as a felony or a misdemeanor.

Specific acts of domestic violence rarely exist in isolation. Usually, there is a history behind the event that resulted in an arrest, a history that involves specific facts and complex emotions. The successful defense of a domestic violence charge requires the lawyer to fully understand the dynamics of the relationship, both factual and emotional.

By carefully listening to our clients and other witnesses, I am able to get at the emotional truth of the client's story. I am then in the best position to provide the most effective defense. If you would like me to review your case please call me today.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# WEAPON OFFENSE CASES

## BRIAN J WHITE

Secure | https://www.sandiegocriminalattorney.com/practice-areas/weapon-offenses

Apps Bookmarks Timesheet – Executi Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://w

### Weapon Offenses



California law classifies numerous crimes as weapons offenses. For example, illegal possession of a weapon, committing a crime using a gun, having a concealed firearm, unlawfully discharging a firearm, brandishing a gun, carrying a concealed and loaded firearm in a vehicle, unlawful sale of a firearm, felon in possession of a firearm, and possessing an assault weapon, are all considered weapons offenses. Generally, weapons offense are felonies, but some can be misdemeanors.

Each particular offense and situation must be handled on an individual basis to address the circumstances unique to the charge. The penalties will vary depending on factors such as the type of weapon, what it was being used for, whether it was loaded, and whether it was concealed or not. Weapons offenses can be crimes that stand alone or they may add enhanced penalties to another crime. For instance, using a weapon during an assault, robbery, or drug offense can substantially increase the penalties for the underlying crime.

With the goal of eliminating or minimizing the consequences of a weapons charge, we will accumulate all information necessary to present your case to the court. Knowing the unique facts and circumstances of your case will put us in the best position to reach our goal. If you would like to discuss your case with a Certified Criminal Law Specialist, please call us today.

## STEPHANIE RICKARD

www.stephanierickard.com/practice-areas/#WOC

Apps Bookmarks Timesheet – Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seround

### Weapon Offense Cases

California law classifies numerous crimes as weapons offenses. For example, illegal possession of a weapon, committing a crime using a gun, having a concealed firearm, unlawfully discharging a firearm, brandishing a gun, carrying a concealed and loaded firearm in a vehicle, unlawful sale of a firearm, felon in possession of a firearm, and possessing an assault weapon, are all considered weapons offenses. Generally, weapons offense are felonies, but some can be misdemeanors.

Each particular offense and situation must be handled on an individual basis to address the circumstances unique to the charge. The penalties will vary depending on factors such as the type of weapon, what it was being used for, whether it was loaded, and whether it was concealed or not. Weapons offenses can be crimes that stand alone or they may add enhanced penalties to another crime. For instance, using a weapon during an assault, robbery, or drug offense can substantially increase the penalties for the underlying crime.

With the goal of eliminating or minimizing the consequences of a weapons charge, we will accumulate all information necessary to present your case to the court. Knowing the unique facts and circumstances of your case will put us in the best position to reach our goal. If you would like to discuss your case with a me, please call me today.

GUSTIN QUON
DIGITAL GROWTH AGENCY

# THEFT

## BRIAN J WHITE

← C ⌂ Secure | https://www.sandiegocriminalattorney.com/practice-areas/theft

Apps ★ Bookmarks Timesheet – Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www

### Theft

Generally, theft is taking property from another with the intent to deprive the owner of that property. Theft can take many forms, from taking physical property, to stealing someone's credit or identity. Some thefts are charged as misdemeanors, while many others are charged as felonies. When money is involved, the penalties can become more severe, depending on the amount of loss.



The experienced criminal defense lawyer will evaluate all possible defenses after reviewing the prosecution's evidence, obtaining a full understanding of the facts and circumstances from the client's perspective, and determining the true amount of loss. Frequently, the defense will need to conduct its own independent investigation to expand the client's options.

Our primary goal is to keep our clients charged with theft offenses out of jail. By following our comprehensive defense preparation plan, we have been successful in reaching that goal for many clients. Every case presents its unique circumstances, and understanding those circumstances must be the lawyer's starting point. If you would like to have your case reviewed with a Criminal Law Specialist, please call us today.

## STEPHANIE RICKARD

← C ⌂ ⓘ www.stephanierickard.com/practice-areas/#TC

Apps ★ Bookmarks Timesheet – Executiv Gustin Quon Pipeline All Executive SEO Clie Analytics Accounts https://www.seround

### Theft Cases

Generally, theft is taking property from another with the intent to deprive the owner of that property. Theft can take many forms, from taking physical property, to stealing someone's credit or identity. Some thefts are charged as misdemeanors, while many others are charged as felonies. When money is involved, the penalties can become more severe, depending on the amount of loss.

The experienced criminal defense lawyer will evaluate all possible defenses after reviewing the prosecution's evidence, obtaining a full understanding of the facts and circumstances from the client's perspective, and determining the true amount of loss. Frequently, the defense will need to conduct its own independent investigation to expand the client's options.

Our primary goal is to keep our clients charged with theft offenses out of jail. By following our comprehensive defense preparation plan, we have been successful in reaching that goal for many clients. Every case presents its unique circumstances, and understanding those circumstances must be the lawyer's starting point. If you would like to have your case reviewed with me, please call me today.